The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| LARRY B. JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES, *et al.*,<br><br>                Defendants. | Case No. C12-435RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

I. <u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED by the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims in the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

//

//

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL
(No. C12-435RSL) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Stipulated to and presented by this 12th day of September, 2013.

2

3  JENNY A. DURKAN
United States Attorney

4

5  s/Christina N. Dimock
CHRISTINA N. DIMOCK, WSBA 40159    s/Larry B. Johnson
6  REBECCA S. COHEN, WSBA 31767     LARRY B. JOHNSON
Assistant United States Attorneys          Pro Se Plaintiff
7  United States Attorney's Office
700 Stewart Street, Suite 5220
8  Seattle, Washington 98101-1271
9  Phone: 206-553-7970
Fax:    206-553-4073
10 E-mail: rebecca.cohen@usdoj.gov
11         christina.dimock@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL                UNITED STATES ATTORNEY
(No. C12-435RSL) - 2                              700 Stewart Street, Suite 5220
                                                  Seattle, Washington 98101-1271
                                                  (206) 553-7970

## II. ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. All claims in the above-referenced case are hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all parties through their counsel of record, if any.

DATED this 19th day of September, 2013.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
(No. C12-435RSL) - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970